Alicia R. Kennon (State Bar No. 240569)
Margeaux M. Pelusi (State Bar No. 298724)
**WOOD, SMITH, HENNING & BERMAN LLP**
1401 Willow Pass Road, Suite 700
Concord, California 94520-7982
Phone: 925 222 3400 ♦ Fax 925 356 8250

Attorneys for Defendant TOMASA ROMERO dba MI TIENDITA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| RACHEL LOBATO, | Case No. 1:15-CV-00039-AWI-BAM |
| Plaintiff, | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY; ORDER** |
| v. | |
| LAVETA MAE SEVERIN, Trustee of the LAVETA MAE SERVERIN LIVING TRUST, under declaration of trust dated November 7, 2007; TOMASA ROMERO dba MI TIENDITA, | The Hon. Anthony W. Ishii |
| | Trial Date:         None Set |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, Notice is hereby given that, subject to the approval by this Court,  Defendant TOMASA ROMERO dba MI TIENDITA substitutes Alicia R. Kennon, California State Bar Number 240569, as counsel of record in place of Sarah L. Brew.   Contact information for new counsel is as follows:

>Wood, Smith, Henning, & Berman, LLP
>1401 Willow Pass Road, Suite 700
>Concord, CA 94520
>Tel: (925)222-3400  Fax: (925)356-8250
>akennon@wshblaw.com

I consent to the above substitution.

DATED: March 9, 2015        TOMASA ROMERO dba MI TIENDITA

By: /s/ Tomasa Romero
    TOMASA ROMERO

I consent to being substituted.

DATED:  March 9, 2015        LECLAIRRYAN

By: /s/ Kevin T. Collins
    KEVIN T. COLLINS
    (Electronic signature authorized)
Attorneys for Defendant TOMASA ROMERO dba MI TIENDITA

I consent to the above substitution.

                             WOOD, SMITH, HENNING & BERMAN LLP
DATED:  March 9, 2015

By: /s/ Alicia R. Kennon
    GREGORY P. ARAKAWA
    ALICIA R. KENNON
Attorneys for Defendant TOMASA ROMERO dba MI TIENDITA

## ORDER

The substitution is hereby approved.

IT IS SO ORDERED.

Dated: **March 11, 2015**                    /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE