UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO,<br><br>        Plaintiff<br><br>        v.<br><br>LAVETA MAE SEVERIN, et al.,<br><br>        Defendants | OLD CASE NO. 1:15-CV-0039 AWI BAM<br><br>NEW CASE NO. 1:15-CV-0039 BAM<br><br>ORDER REASSINGING MATTER |

On April 1 and 2, 2015, Defendants consented to Magistrate Judge jurisdiction. See Doc. Nos. 18, 19.  On April 1, 2015, Plaintiff consented to Magistrate Judge Jurisdiction. See Doc. No. 17.

Accordingly, all parties to this action having voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

1. This action is assigned to United States Magistrate Barbara A. McAuliffe for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment;

2. The Clerk of the Court is directed to assign this action in its entirety to Magistrate Judge Barbara A. McAuliffe;

3. Any future hearing dates set before the undersigned are VACATED and REASSIGNED to the calendar of Magistrate Judge Barbara A. McAuliffe; and

4. The new case number for this matter shall be 1:15-cv-0039 BAM, and the parties shall use case number 1:15-cv-0039 BAM in all further filings.

IT IS SO ORDERED.

Dated: April 3, 2015

_____
SENIOR DISTRICT JUDGE