1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Rachel Lobato

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO, | No. 1:15-cv-00039-BAM |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| LAVETA MAE SEVERIN, Trustee of the LAVETA MAE SEVERIN LIVING TRUST, under declaration of trust dated November 7, 2007, et al., | |
| Defendants. | |

1. IT IS HEREBY STIPULATED by and between Plaintiff Rachel Lobato and Defendants Laveta Mae Severin, Trustee of the Laveta Mae Severin Living Trust, under declaration of trust dated November 7, 2007; and Tomasa Romero dba Mi Tiendita, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: May 11, 2015              MOORE LAW FIRM, P.C.

                                */s/ Tanya E. Moore*
                                Tanya E. Moore
                                Attorney for Plaintiff
                                Rachel Lobato

Date: May 11, 2015              DOWLING AARON INCORPORATED

                                */s/ G. Andrew Slater*
                                G. Andrew Slater
                                Attorneys for Defendant
                                Laveta Mae Severin, Trustee of the Laveta Mae Severin Living Trust, under declaration of trust dated November 7, 2007

Date: May 11, 2015              WOOD, SMITH, HENNING & BERMAN LLP

                                */s/ Alicia R. Kennon*
                                Alicia R. Kennon
                                Attorneys for Defendant
                                Tomasa Romero dba Mi Tiendita

**ORDER**

The parties having so stipulated, IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs. The Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

Dated**: May 12, 2015**              */s/ Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE